[Cite as *04/07/2003 Case Announcements,* 2003-Ohio-1742.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 7, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–0327. MARBEL Energy Corp. v. Zaino.**
Board of Tax Appeals, Nos. 1998–G–302, 1998–G–303, and 1998–G–304. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before May 23, 2003.

**2003–0517. State ex rel. Glenn v. Cunningham.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of relator's motion for an extension of time,

IT IS ORDERED that relator's motion for an extension of time be, and hereby is, granted, and that relator's memorandum in response to respondents' motion to dismiss be due by April 14, 2003.

IT IS FURTHER ORDERED by the court, sua sponte, that because relator's claim no longer involves the May 6, 2003 primary election, this case will no longer be considered an expedited election matter under S.Ct.Prac.R. X(9), but will proceed as a regular mandamus action under S.Ct.Prac.R. X(5).

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2003–0171. State ex rel. Maloney v. Sherlock.**
In Mandamus.

**2003–0172. State ex rel. Dellick v. Sherlock.**
In Mandamus.

[Cite as *04/07/2003 Case Announcements #2,* 2003-Ohio-1746.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 7, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–0549. State ex rel. Benbow v. Runyan.**
Ashland App. No. 03COA008. This cause is pending before the court as an appeal from the Court of Appeals for Ashland County. Upon consideration of appellant's motion for stay of April 7, 2003 contempt hearing and underlying contempt proceeding,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.